### 36547. HARRIS v. FORD.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED AUGUST 8, 1980 — DECIDED SEPTEMBER 23, 1980.

*Melvin Robinson,* for appellant.
*Arthur K. Bolton, Attorney General, W. Davis Hewitt, Assistant Attorney General,* for appellee.